FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 12, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BULLOCK, | No.   2:20-cv-00455-SMJ |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| PROVIDENCE HEALTH AND SERVICES and PROVIDENCE SACRED HEART MEDICAL CENTER, | |
| Defendants. | |

On January 10, 2022, the parties filed a stipulated dismissal, ECF No. 21. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A), **IT IS HEREBY ORDERED**:

1.     The parties' Stipulated Motion to Dismiss Without Prejudice, **ECF No. 21**, is **GRANTED**.

2.     All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3.     All pending motions are **DENIED AS MOOT**.

4.     All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

1    //

2    //

3        **5.**    The Clerk's Office is directed to **CLOSE** this file.

4        **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and

5    provide copies to all counsel.

6        **DATED** this 12th day of January 2022.

7        _____

8        SALVADOR MENDOZA, JR.
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING CASE – 2